FRED L. COOPER V. THE STATE.

No. 9568.   Delivered November 25, 1925.

**Forgery—Evidence—Held Sufficient.**

No bills of exception are contained in the record.  The facts are found sufficient to support the judgment and the cause is affirmed.

Appeal from the Criminal District Court of Harris County. Tried below before the Hon. C. W. Robinson, Judge.

Appeal from a conviction of forgery, penalty two years in the penitentiary.

*W. A. Rowe* of Houston, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant has been convicted for forgery.  The punishment is two years in the penitentiary.

The record contains no bills of exception.  The facts support the verdict and judgment.

The judgment is affirmed.

*Affirmed.*